FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0337

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0337

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

KORDY LEE DENNY,

  Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 27 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 22 2023